11 August 2015

Court of Criminal Appeals
Clerk, Abel Acosta
P.O. Box 12308
Austin, Texas 78711

32,505-04

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 14 2015
Abel Acosta, Clerk

Re: "NOTICE OF CHANGE OF ADDRESS" - EX PARTE STEPHEN E. DAVIS, APPLICANT; IN THE TEXAS COURT OF CRIMINAL APPEALS; WRIT NO.; WR-32,505-04"

Dear Clerk:

Greetings. As I am the Applicant in the above-styled cause and number currently at bar before this court, I respectfully request you make formal note for the record, the following address change:

OLD ADDRESS: Stephen E. Davis #1976027
BYRD UNIT, TDCJ-ID
21 FM 247
HUNTSVILLE, Texas 77320

TO:

NEW ADDRESS: Stephen E. Davis #1976027
STRINGFELLOW UNIT, TDCJ-ID
1200 FM 655
ROSHARON, Texas 77583

Thank you for your time in my behalf.

Very Sincerely,

Stephen E. Davis

Stephen E. Davis #1976027
STRINGFELLOW UNIT, TDCJ-ID
1200 FM 655
ROSHARON, Texas 77583